34

(No. 6560—Claimant )

KANKAKEE INDUSTRIAL SUPPLY COMPANY, INC., Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION,
Respondent.

*Opinion filed August 2, 1973.*

KANKAKEE INDUSTRIAL SUPPLY COMPANY, INC.,
Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6976—Claimant )

TEXACO INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT
OF PERSONNEL, Respondent.

*Opinion filed August 2, 1973.*

TEXACO INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.